FILED
10/7/20 3:33 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
SANDRA L. ADAMS,
                    Debtor.

TREESDALE COMMUNITY
ASSOCIATION, INC and
GREENVIEW COURT OWNERS
ASSOCIATION, INC.
                    Movants.

        v.

SANDRA L. ADAMS,

        and

RONDA J. WINNECOUR, ESQUIRE,
TRUSTEE,
                    Respondents.

Case No. 20-20536-GLT

Chapter 13
    Related Dkt. No. 84

**ORDER**

AND NOW, upon consideration of Treesdale Community Association, Inc. and Greenview Court Owners Association, Inc.'s Affidavit of Default [Dkt No. _84_], it is hereby ORDERED, ADJUDGED, and DECREED that the automatic stay relating to the real property known as 101 Greenview Court, Gibsonia, PA 15044 having Parcel No. 010-4F37-4AC101-0000 and as further described in Exhibit A attached hereto (the "Property") is hereby vacated.

It is further ORDERED, ADJUDGED, and DECREED that pursuant to 11 U.S.C. § 362(d)(4), if this Order is recorded in compliance with applicable state law governing notices of interests or liens in real property, then this Order shall preclude the operation of an automatic stay against the Property for a period of two years from the entry of this Order.

Dated: 10/7/20
cm: Debtor

_____
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY COURT

## EXHIBIT A

HAVING erected thereon a dwelling being known and numbered as 101 Greenview Court, Gibsonia, PA 15044. Instrument No. 200402100004315, Parcel No. 010-4F37-4AC101-0000.

ALL that certain lot or piece of ground situate in Adams Township, County of Butler and Commonwealth of Pennsylvania, being Unit #101 in Building No. 1, upon which is erected a unit in the condominium created under the laws of the Commonwealth of Pennsylvania, known as "Greenview Court", as show on the Declaration Plan recorded in the Recorder's Office of Butler County, Pennsylvania at Plan Book Volume 249, Page 42.

SUBJECT to the following condominium documents of record:

BY-LAWS recorded in the Recorder's Office of Butler County, Pennsylvania in Instrument Number 200202190005968, and any amendments thereto.

DECLARATION OF CONDOMINIUM recorded in the Recorder's Office of Butler County, Pennsylvania in Instrument Number 200101120000964, and any amendments thereto.

TOGETHER with all right, title and interest, bearing a 25% undivided interest of, in and to the Common Elements as set forth in the aforesaid Declaration of Condominium. Said percentage of undivided interest shall change from time to time upon recording of subsequent phases of the condominium as set forth on Exhibit C to the Declaration of Condominium.

BEING the same premises which Brennan Builders, Inc., a Pennsylvania corporation by Deed dated February 7, 2004, and recorded February 10, 2004, in Butler County in Instrument No. 200402100004315, conveyed unto Harry J. Adams and Sandra L. Adams, husband and wife, in fee.

{00224205 / 1}