# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**SANDRA L. ADAMS**　　　　　　　　　　　　**Bankruptcy No. 20-20536-GLT**

　　　　**Debtor.**　　　　　　　　　　　　　　**Chapter 13**

**SANDRA L. ADAMS,**　　　　　　　　　　　**Document No.**

　　　　**Movant,**
vs.

**NO RESPONDENT.**

## RESPONSE MOTION TO DISMISS CHAPTER 13 CASE

AND NOW, comes Lawrence W Willis, and files this **RESPONSE DEBTOR'S MOTION TO DISMISS CHAPTER 13 CASE** as follows

1. Admitted.

2. Admitted.

3. Counsel does not oppose dismissal, however, seeks authorization for the Chapter 13 trustee to disburse funds per the Order on Application for Compensation entered at Document number 74.

4. Admitted

Wherefore, Counsel respectfully requested that this Honorable Court enter an Order authorizing the disbursement of funds on hand.

　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

Dated: December 11, 2020　　　　　　　　　/s/ Lawrence W Willis
　　　　　　　　　　　　　　　　　　　　　　Lawrence W. Willis
　　　　　　　　　　　　　　　　　　　　　　Willis & Associates
　　　　　　　　　　　　　　　　　　　　　　201 Penn Center Blvd
　　　　　　　　　　　　　　　　　　　　　　Suite 310
　　　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15235
　　　　　　　　　　　　　　　　　　　　　　412-235-1721
　　　　　　　　　　　　　　　　　　　　　　Email:
　　　　　　　　　　　　　　　　　　　　　　ecf@westernpabankruptcy.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **SANDRA L. ADAMS** | Bankruptcy No. 20-20536-GLT |
| Debtor. | Chapter 13 |
| **SANDRA L. ADAMS,** | Document No. |
| Movant, | |
| vs. | |
| **NO RESPONDENT.** | |

## CERTIFICATE OF SERVICE

I Lawrence W Willis hereby certify that a true and correct copy of the foregoing **RESPONSE DEBTOR'S MOTION TO DISMISS CHAPTER 13 CASE** was served upon the following *(via electronic service):*

Ronda J. Winnecour
Suite 3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Sandra L. Adams
101 Greenview Crt
Gibsonia, PA 15044

Robert O Lampl Law Office
Benedum Trees Building
223 Fourth Avenue, 4th Floor
Pittsburgh, PA 15222

Dated: December 11, 2020

/s/ Lawrence W Willis
Lawrence W. Willis
Willis & Associates
201 Penn Center Blvd
Suite 310
Pittsburgh, PA 15235
412-235-1721
Email:

ecf@westernpabankruptcy.com